

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file appellant's brief is GRANTED. Appellant's brief is due on **May 29, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court